Abel Acosta, Clerk
P.O Box 12308 Capital Station
Austin Tx
78711

Oct. 20, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta, Clerk

RE: Mandate

MR. Abel Acosta Clerk.
        Could you please inform me
as to status of the Mandate regarding
TR. Ct. No. 710880    Case No 01-14-00727-CR
Alphonso Smith v state of Texas
        Thank you for your assistance
regarding this important matter

        MR. Alphonso Smith # 1952701
            264 FM 3478
            Estelle Unit
            Huntsville Tx
                77320